JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| David J. Meslovich,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Global Credit and Collection Corp., et al.,<br><br>　　　　Defendant(s). | SACV 11-00584 JVS (RNBx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

  The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

  IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED: October 24, 2011

             _____
              James V. Selna
             United States District Judge